```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
IN RE AOL TIME WARNER INC.         x
SECURITIES & "ERISA" LITIGATION    x    02 Cv. 5575 (SWK)
-----------------------------------x
DOMINIC F. AMOROSA,                x
                                   x
              Plaintiff            x    03 Cv. 3902 (SWK)
                                   x
         -against-                 x    MEMORANDUM OPINION
                                   x
AOL TIME WARNER INC., et al.,      x
                                   x
              Defendants.          x
-----------------------------------X
```

**SHIRLEY WOHL KRAM, U.S.D.J.**

WHEREAS on August 23, 2007, after settling his claims in the above-captioned matter against all defendants other than Ernst & Young, LLP, the plaintiff filed a notice of voluntary dismissal, with prejudice, of his claims against all defendants except Ernst & Young, LLP; and

WHEREAS Federal Rule of Civil Procedure 41(a)(1)(i) permits a plaintiff to file a notice of dismissal without order of court at any time before service by the defendants of an answer or motion for summary judgment; and

WHEREAS the Court of Appeals for the Second Circuit has criticized its earlier holding in Harvey Aluminum Inc. v. Am Cyanamid Co., 203 F.2d 105, 108 (2d Cir. 1953), cert den. 345 U.S. 964 (1953), that Rule 41(a)(1) only allows voluntary dismissal of an entire action, see Wakefield v. Northern

Telecom, Inc., 769 F.2d 109, 114 n.4 (2d Cir. 1985); and

WHEREAS district courts within the Second Circuit have subsequently held, pursuant to Wakefield, that Rule 41 allows a plaintiff to withdraw an action with regard to fewer than all defendants, see Blaize-Sampeur v. McDowell, 05 Cv. 4275 (JFB)(ARL), 2007 WL 1958909, at *2-*3 (E.D.N.Y. June 29, 2007) (collecting cases);

The Court hereby acknowledges that the plaintiff's notice of voluntary dismissal is effective, without order of court, to dismiss with prejudice the plaintiff's claims against all defendants except Ernst & Young, LLP.

SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         September 19, 2007